IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALAS, et al.                                                              PLAINTIFF

     v.       Civil No. 05-5154

ROCKLINE INDUSTRIES, INC.                                                 DEFENDANT

**ORDER**

NOW on this 9th day of March, 2006, comes on for consideration **Plaintiffs' Motion to Continue Date to Submit Motion and Brief Relating to Class Certification** (document # 8). The Court, being well and sufficiently advised, finds as follows:

1. The plaintiffs filed their complaint against the defendant on September 6, 2005. Defendant answered and the issues were joined.

2. The Court entered its Civil Trial Scheduling Order on December 1, 2005, which established a time frame for class certification and discovery in that regard -- that time frame extending up through February 28, 2006.

3. In their motion, plaintiffs request a thirty day extension on the time for filing their motion and brief for class certification, contending that they need additional time to complete discovery to support their argument for class certification.

4. Defendant opposes the requested extension, arguing that there has been sufficient time for discovery and any additional discovery would be useless.

5. The Court's initial scheduling order arbitrarily provided three months for the discovery in question to take place and it is not completely clear to the Court why such period was not adequate. Nevertheless, the Court is inclined to grant the extension requested and the said motion will be, and it hereby is, **granted**.

6. The plaintiffs are allowed an extension for the completion of discovery related to the class action issue and the filing of a motion and brief for class certification, up to and through March 30, 2006.

**IT IS SO ORDERED**.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE