IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


GLADYS ALAS, MARIA CARMEN BABB,
NORBERTO DUBLAN, ISABEL LUGO, each on
their own behalf and on behalf of all others similarly situated,                    PLAINTIFFS


v.                                          CASE NO. 05-5154


ROCKLINE INDUSTRIES, INC.,                                                DEFENDANT


## ORDER


NOW on this 26th day of April, 2006,  comes for consideration **Defendant's Motion for a**

**Continuance of the Date to Submit Its Response to Plaintiffs' Motion for Class Certification,**

(doc. #15) filed by Paul Alvin Gilker with the Clerk of the Court using the CM/ECF System on April

25, 2006, and the Court being well and sufficiently advised, finds as follows:

1.      The Defendant, Rockline, Industries, Inc., respectfully requests that the Court grant its

        Motion for an additional two weeks beyond the current due date for it to file its response to

        the Plaintiff's motion for class certification.

2.      The time for the Defendant's response has not passed.  The response is currently due to be

        filed on April 29, 2006.

3.      This Motion and extension is made in good faith and not a delay, but to provide sufficient

        time for the Defendant to respond appropriately to the Plaintiff's motion for certification of

        a class.

4.      The undersigned has conferred with lead counsel for the Plaintiffs, Charles M. Kester, and

he has no objection.

5.      The Defendants are allowed an extension for the filing of its Motion for a Continuance of the

Date to Submit Its Response to Plaintiffs' Motion for Class Certification up to and through

May 15, 2006.

**It is so ORDERED.**


                                /s/ Jimm Larry Hendren
                                JIM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE