IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GLADYS ALAS, MARIA CARMEN BABB,
NORBERTO DUBLAN, ISABEL LUGO, each on
their own behalf and on behalf of all
others similarly situated,                                    PLAINTIFFS

   v.                    CASE NO. 05-5154

ROCKLINE INDUSTRIES, INC.,                                    DEFENDANT

<u>ORDER</u>

On this 16th day of October, 2006, comes on to be considered **Plaintiffs' Motion for Stay (Doc. 35)**. The Court finds and orders as follows with respect thereto:

    1.   Plaintiffs seek to stay this action pending their appeal of the Court's order, entered September 21, 2006, denying plaintiffs' Motion for Class Certification. Defendant does not oppose a stay of the action. Upon due consideration, the Court finds that **Plaintiffs' Motion for Stay (Doc. 35)** should be **GRANTED** and this action is hereby **STAYED** pending the disposition of plaintiffs' appeal of the class certification issue.

    2.   In light of the foregoing, **Defendant's Motion to Continue (Doc. 30) is DENIED** as moot.

Further, **Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Sever (Doc. 34)** is **GRANTED** and plaintiffs shall have 10 days from the date the appeal is decided in which to respond to the Motion to Sever.

IT IS SO ORDERED.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE