IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GLADYS ALAS, MARIA CARMEN BABB,
NORBERTO DUBLAN, and ISABEL LUGO                    PLAINTIFFS

    v.                    CASE NO. 05-5154

ROCKLINE INDUSTRIES, INC.,                          DEFENDANT

ORDER

On October 20, 2006, the Court entered an order administratively terminating this action pending the disposition of plaintiffs' appeal of the Court's order denying their motion for class certification. (Doc. 40.) On December 15, 2006, the Eighth Circuit Court of Appeals issued a mandate denying plaintiffs permission to appeal. (Doc. 41.)

The appeal having been decided, this action is hereby re-opened. Plaintiffs shall have ten days from the date of this order in which to respond to defendant's Motion to Sever (Doc. 28). Once the Court has ruled on this motion, it will issue a scheduling order setting a trial date and other deadlines for the progression of this case.

IT IS SO ORDERED this 12th day of January, 2007.

                                            /S/JIMM LARRY HENDREN
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE