IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GLADYS ALAS ET AL                                                                PLAINTIFF

CASE NO. 05-5154

ROCKLINE INDUSTRIES, INC                                                         DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 26th day of October, 2007, the parties hereto having filed

a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that the plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY     /s/ Connie Test
       Deputy Clerk